IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHANNON PENNINGTON, | § | |
| | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. _____ |
| CITY VIEW INDEPENDENT SCHOOL | § | |
| DISTRICT, JESSE THOMAS, CARRIE | § | |
| ALLEN, KIM WILLIAMS, and KYLE | § | |
| COLLIER, | § | |
| | § | |
|     *Defendants.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 United States Code Sections 1331, 1441, and 1446, Defendant City View Independent School District (City View ISD or the District), Jesse Thomas, Kim Williams, and Kyle Collier (collectively Defendants) remove Plaintiff's First Amended Petition (the State Court Action) in Cause No. DC30-CV2025-0168 from the 30th Judicial District Court of Wichita County, Texas, to the United States District Court for the Northern District of Texas, Wichita Falls Division, and would respectfully show the Court as follows:

### I.    SUMMARY OF STATE COURT ACTION

1.    Plaintiff Shannon Pennington filed suit against City View ISD and its employees, Jesse Thomas, Kim Williams, and Kyle Collier, on January 24, 2025, asserting claims for conspiracy and ultra vires. Defendants appeared before the state district court and filed a Plea to the Jurisdiction.

2.    Plaintiff filed an Amended Complaint on March 12, 2025, asserting, for the first time, federal claims arising under 42 U.S.C. § 1985 and 42 U.S.C. § 1983. As such, Defendants have timely removed this matter to federal court.

3.    Plaintiff also included a new defendant—Carrie Allen—who has not been served

or otherwise appeared before the state district court in this matter. Defendants anticipate Ms. Allen will consent to removal once she is properly served and appears before the Court.

## II.    JURISDICTION

4.    The State Court Action is removable under 28 U.S.C. § 1441 on the basis of federal question jurisdiction. Any civil action brought in a state court may be removed without regard to the citizenship of the parties when the district courts of the United States have original jurisdiction.[1] District courts of the United States have original jurisdiction over all civil actions arising under the Constitution and laws of the United States.[2]

5.    Plaintiff's First Amended Petition contains claims arising under federal law, specifically 42 U.S.C. § 1983 and 42 U.S.C. § 19855. Because Plaintiff's conspiracy, First Amendment, and Fourteenth Amendment claims arise under federal statutes, the action is removable, and the United States District Court for the Northern District of Texas, Wichita Falls Division has jurisdiction.

## III.    REMOVAL REQUIREMENTS

6.    Filed simultaneously herewith is an index of the pleadings from the State Court Action, a copy of the State Court Action docket sheet, copies of all pleadings asserting causes of action and all answers to such pleadings filed in the State Court Action, and a certificate of interested persons.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the State Court Action be removed to this Court for trial and determination, that all further proceedings in the State Court Action be stayed, and that Defendants have all additional relief to which it may be justly entitled.

---

[1] 28 U.S.C. § 1441(a).
[2] 28 U.S.C. § 1331.

Respectfully submitted,


By:    /s/ Meredith Prykryl Walker
       Meredith Prykryl Walker
       State Bar No. 24056487

WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEY FOR DEFENDANT
CITY VIEW INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

On March 14, 2025, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Janelle L. Davis
Janelle L. Davis Law, PLLC
P.O. Box 1311
Prosper, Texas 75078

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker